B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:  
JERRY CARTEZ BRAZZLE

Case No. 2100228

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC<br>------------------------------------------<br>Name of Transferee | OneMain Financial Group, LLC<br>------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 1<br>Amount of Claim: $4,698.03<br>Date Claim Filed: 02/16/2021 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #: 6625 | Phone:<br>Last Four Digits of Acct #: 6625 |
| Name and Address where transferee payments should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Seller Information<br>ONEMAIN FINANCIAL GROUP, LLC<br>601 NW SECOND STREET<br>EVANSVILLE IN 47708 |

Phone: (877)829-8298  
Last Four Digits of Acct #: 6625

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams    Date: 9/11/2025  
-------------------------------------------  
Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust, and ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Seller's rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ▬▬▬▬▬▬▬▬▬▬.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on August 22, 2025.

# ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust;  ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust, and ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

By: *Joe Orlando* (Signed by: 436151F75DE3463...)

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii corporation

By: *Joe Orlando* (Signed by: 436151F75DE3463...)

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER:  PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

By: *Leigh Bates* (DocuSigned by: 8A3D5D0818674CF...)

Name: Leigh Bates

Title: Authorized Signer

[OneMain Confidential]