UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Jerry Cartez Brazzle a/k/a Jerry Cortez Brazzle,                    CHAPTER 13
    Debtor                                                      CASE NO.: 21-00228-JAW

Servbank, N.A.
    Movant

V.

Jerry Cartez Brazzle a/k/a Jerry Cortez Brazzle,
    Respondent

HAROLD J. BARKLEY, JR., TRUSTEE,
    Respondent

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON PROPERTY AGAINST THE DEBTOR AND CO-DEBTOR AND OTHER RELIEF

**COMES NOW**, Servbank, N.A. ("Movant") a secured creditor herein, pursuant to 11 U.S.C. § 1301 and moves for relief from the co-debtor stay and for other relief, and in support would show unto the Court the following:

1. Tyseria Rachelle Rankin ("Co-Debtor") is liable on the underlying debt.

2. Debtor and Co-Debtor executed a promissory note secured by a mortgage or deed of trust on certain real property located at 109 Eastwood Dr., Forest, Mississippi 39074 ("Property"). The promissory note is either made payable to Movant, has been duly indorsed, or Movant, directly or through an agent has possession of the promissory note and may enforce the promissory note as a transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. If the original promissory note is lost or destroyed, then Movant will seek to prove the promissory note using a lost note affidavit. Copies of said deed of trust and promissory note are attached collectively hereto as Exhibits "A" and "B", respectively. Copies of the assignments to Movant is attached hereto as composite Exhibit "C".

3. Debtor's confirmed Chapter 13 Plan included surrender of the Property.

4. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

5. Movant has not been provided adequate protection with respect to its claim secured by the Property.

6. Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 1301.

7. As of September 24, 2025, the unpaid principal balance was approximately $111,492.53. Co-Debtor is due seven post-petition payments from March 2025 – September 2025, plus late charges and fees totaling $8,340.56. As of September 24, 2025, the total payoff amount was approximately $116,399.41.

8. Co-Debtor is in default on their obligations to Movant as Co-Debtor has failed to make installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

9. Upon an order granting relief from the stay as requested herein, Movant is entitled to pursue its legal rights including, but not limited to, foreclosure.

10. Movant specifically requests permission from this Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

11. Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(4) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to Debtor having abandoned and surrendered

2

the Property, continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

12. Movant is available to offer and provide Debtor with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement and to possibly enter into such agreement with Debtor without further order of the Court should Debtor so request.

13. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred additional legal fees plus costs in the amount $199.00. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

14. Movant requests that the Order granted hereon be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**WHEREFORE**, Movant requests an order for relief from the co-debtor stay pursuant to 11 U.S.C. § 1301, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell, lease, or otherwise dispose of the Property, and to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(4). Movant prays for such other and general relief as this Court may deem just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER & WILSON, P.A.**

/s/ Charles Frank Fair Barbour

Charles Frank Fair Barbour, MSB # 99520
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following and/or I mailed to the following:

Jennifer A. Curry Calvillo at jennifer@therollinsfirm.com

Harold J. Barkley Jr. at HJB@HBarkley13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Jerry Cartez Brazzle
109 Eastwood Dr
Forest, Mississippi 39074

Tyseria Rachelle Rankin
109 Eastwood Dr
Forest, Mississippi 39074

/s/ Charles Frank Fair Barbour