Recording Fee $ 27.00, TOTAL $ 27.00

TRUST    999    467
Recorded In Above Book and Page
09/05/2023 09:25:58 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, MS

**MISSISSIPPI**
COUNTY OF **SCOTT**
LOAN NO.:
**[RANKIN]**
PREPARED BY: **BRANDY JOHNSON, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. **208-528-9895**
WHEN RECORDED MAIL TO: **FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. **208-528-9895**

## ASSIGNMENT OF DEED OF TRUST AND ACKNOWLEDGEMENT

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR THE HOME LENDING GROUP, LLC, ITS SUCCESSORS AND ASSIGNS**, located at **11819 MIAMI ST SUITE 100, OMAHA, NE 68164** or **P.O. BOX 2026, FLINT, MICHIGAN 48501-2026**; PH. **888-679-6377**, Assignor, does hereby grant, assign, transfer, and set over unto **ALLIED FIRST BANK, SB DBA SERVBANK**, located at **3138 E. ELWOOD ST., PHOENIX, AZ 85034**; PH. **208-528-9895**, Assignee, its successors, representatives, and assigns, all Assignor's rights, title, and interest in and to that Deed of Trust dated **SEPTEMBER 12, 2017**, executed by **TYSERIA RACHELLE RANKIN AND JERRY CARTEZ BRAZZLE, BOTH UNMARRIED**, located at **109 EASTWOOD DR, FOREST, MS 39074**, PH. **208-528-9895**, Trustor, for the benefit of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR THE HOME LENDING GROUP, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Beneficiary, and recorded in Mortgage Book **901** at Page **577** in the official records of the Recorder of Deeds Office in and for the County of **SCOTT**, State of **MISSISSIPPI**.

PROPERTY ADDRESS: **109 EASTWOOD DR, FOREST, MS 39074**

LEGAL DESCRIPTION: **LOT 1, EASTWOOD SUBDIVISION, PART ONE, CITY OF FOREST, MISSISSIPPI, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE IN THE OFFICE OF THE CHANCERY CLERK OF SCOTT COUNTY, MISSISSIPPI; ALSO A STRIP OF LAND ON NORTH SIDE OF SAID LOT 1 DESCRIBED AS BEGINNING AT NE CORNER OF SAID LOT AND RUN THENCE NORTH 25 FEET, THENCE WESTERLY IN A STRAIGHT LINE TO A POINT OF LYING 30 FEET DUE NORTH OF NW CORNER OF SAID LOT, THENCE SOUTH 30 FEET TO NW CORNER OF SAID LOT, THENCE EASTERLY ALONG NORTH LINE OF SAID LOT TO POINT OF BEGINNING.**

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **AUGUST 31, 2023**.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR THE HOME LENDING GROUP, LLC, ITS SUCCESSORS AND ASSIGNS

_____
BRANDY JOHNSON, VICE PRESIDENT

e 1 of 2

MERS PHONE: 1-888-679-6377

EXHIBIT "C"

TRUST 999 468

STATE OF **IDAHO** COUNTY OF **BONNEVILLE** ) ss.

On **AUGUST 31, 2023**, before me, **KATIE OLSON**, personally appeared **BRANDY JOHNSON** known to me to be the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR THE HOME LENDING GROUP, LLC, ITS SUCCESSORS AND ASSIGNS** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

*Katie Olson* [signature]

**KATIE OLSON (COMMISSION EXP. 02/26/2027)**
NOTARY PUBLIC

KATIE OLSON
Notary Public - State of Idaho
Commission Number 20210709
My Commission Expires Feb 26, 2027