**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Jerry Cartez Brazzle a/k/a Jerry Cortez Brazzle,**                     **CHAPTER 13**
    **Debtor**                                                                         **CASE NO.: 21-00228-JAW**

## DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt.___]

This matter is before the Court on the motion of Servbank, N.A. ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 and the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property:  109 Eastwood Dr., Forest, Mississippi  39074 – SEE LEGAL DESCRIPTION ATTACHED HERETO.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

Exhibit "A"

Lot I, Eastwood Subdivision, Part One, City of Forest, Mississippi, according to the official plat thereof on file in the office of the Chancery Clerk of Scott County, Mississippi; also a strip of land on North side of said Lot I described as beginning at NE corner of said lot and run thence North 25 feet, thence Westerly in a straight line to a point lying 30 feet due North of NW corner of said lot, thence South 30 feet to NW corner of said lot, thence Easterly along North line of said lot to Point of Beginning.