UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Jerry Cartez Brazzle a/k/a Jerry Cortez Brazzle,　　　　　　　　　　　　　　CHAPTER 13
　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 21-00228-JAW

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Servbank, N.A., a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BENNETT LOTTERHOS SULSER**
　　　　　　　　　　　　　　　　　　　　**& WILSON, P.A.**

　　　　　　　　　　　　　　　　　　　　/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:　　(601) 944-0466
Facsimile:　　(601) 944-0467
cbarbour@blswlaw.com