United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-00228-JAW
Jerry Cartez Brazzle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Mar 10, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jerry Cartez Brazzle, 211 Hillsboro St, Forest, MS 39074-3417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Servbank N.A. cbarbour@blswlaw.com |
| Elizabeth Crowell Price | on behalf of Creditor Caliber Home Loans Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Jerry Cartez Brazzle jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Jerry Cartez Brazzle trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 10, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| JERRY CARTEZ BRAZZLE | 21 – 00228 – JAW |

**O R D E R**

THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK # 74 ]; and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to use funds on hand and accumulating to pay an increased distribution to timely filed unsecured creditors with the Trustee to determine the proper percentage distribution.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

That, the Debtor's Wage Deduction Order should remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM