United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 21-00228-JAW

Jerry Cartez Brazzle                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                      Page 1 of 2

Date Rcvd: Mar 18, 2026                       Form ID: pdf012                                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

**Recip ID               Recipient Name and Address**
db               +   Jerry Cartez Brazzle, 211 Hillsboro St, Forest, MS 39074-3417

                 +   KEY, LLC, ATTN: PAYROLL, P.O. BOX 590, MADISON, MS 39130-0590

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Charles F. F. Barbour
                                  on behalf of Creditor Servbank  N.A. cbarbour@blswlaw.com

Elizabeth Crowell Price
                                  on behalf of Creditor Caliber Home Loans  Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com

Harold J. Barkley, Jr.
                                  on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
                                  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                                  HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo
                                  on behalf of Debtor Jerry Cartez Brazzle jennifer@therollinsfirm.com
                                  jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

District/off: 0538-3                    User: mssbad                         Page 2 of 2
Date Rcvd: Mar 18, 2026                 Form ID: pdf012                      Total Noticed: 2

Thomas Carl Rollins, Jr
                    on behalf of Debtor Jerry Cartez Brazzle trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                          **CASE NO.: 21-00228-JAW**
**JERRY CARTEZ BRAZZLE**
**SS#:  XXX-XX-8147**

### RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S
EMPLOYER:

     KEY, LLC
     ATTN: PAYROLL
     P.O. BOX 590
     MADISON, MS 39110

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): CASE COMPLETE

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY
WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##