## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPPI

IN RE:                                                          CHAPTER 13 NO:
**JERRY CARTEZ BRAZZLE**                                        **21-00228-JAW**

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above referenced Debtor(s) have made all plan

payments required to complete the confirmed Chapter 13 plan, filed in the above styled

and numbered bankruptcy proceeding.

Respectfully Submitted, this the **27th** day of **APRIL 2026**

*/s/ Harold J Barkley, Jr.*
Harold J. Barkley, Jr. – Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com