United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 21-00228-JAW

Jerry Cartez Brazzle

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry Cartez Brazzle, 211 Hillsboro St, Forest, MS 39074-3417 |
| codb | + | Tyseria Rachelle Rankin, 109 Eastwood Dr, Forest, MS 39074-3827 |
| 4991785 | + | Atlas Acquisitions LLC Assignee of Snap Finance, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 4973568 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 4973571 | + | Margarita Rodriguez, 106 N Pine Ridge Dr, Forest, MS 39074-3813 |
| 4973574 | | Robyn Seals, 239 Riverside Dr, Decatur, MS 39327 |
| 4973577 | | St Dominic Hospital, PO Box 24056, Jackson, MS 39225-4056 |
| 4973580 | + | Tyseria Rankin, 109 Eastwood Dr, Forest, MS 39074-3827 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 27 2026 19:37:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2026 19:36:00 | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: AISACG.COM | May 27 2026 23:36:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 27 2026 23:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 27 2026 19:37:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 4973562 | + | Email/Text: bk@avant.com | May 27 2026 19:37:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 4973563 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 27 2026 19:37:00 | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 4973564 | + | EDI: CAPITALONE.COM | May 27 2026 23:36:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4979931 | + | EDI: AIS.COM | May 27 2026 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4979932 | + | EDI: AIS.COM | May 27 2026 23:36:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4973565 | + | EDI: CAPITALONE.COM | May 27 2026 23:36:00 | Capital One/Walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4973566 | + | EDI: WFNNB.COM | May 27 2026 23:36:00 | Comenity Bank/Goodys, Po Box 182789, |

District/off: 0538-3  User: mssbad  Page 2 of 3
Date Rcvd: May 27, 2026  Form ID: 3180W  Total Noticed: 43

| | | |
|---|---|---|
| | | Columbus, OH 43218-2789 |
| 4973567 | + Email/PDF: creditonebknotifications@resurgent.com | |
| | May 27 2026 19:48:00 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4973569 | Email/Text: exeter@ebn.phinsolutions.com | |
| | May 27 2026 19:37:00 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 4975600 | ^ MEBN | |
| | May 27 2026 19:36:15 | Elizabeth Crowell Price, Esq., for Caliber Home Loans, Inc., 1820 Avenue of America, Monroe, LA 71201-4530 |
| 4977977 | + EDI: AISACG.COM | |
| | May 27 2026 23:36:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 4973570 | + EDI: PHINGENESIS | |
| | May 27 2026 23:36:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 4994026 | EDI: JEFFERSONCAP.COM | |
| | May 27 2026 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4988337 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 27 2026 19:48:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5133704 | EDI: MSDOR | |
| | May 27 2026 23:36:00 | MISSISSIPPI DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 22808, JACKSON, MS 39225-2808 |
| 4973572 | + Email/Text: constance.morrow@mdhs.ms.gov | |
| | May 27 2026 19:37:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4973573 | + EDI: AGFINANCE.COM | |
| | May 27 2026 23:36:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4975619 | + EDI: AGFINANCE.COM | |
| | May 27 2026 23:36:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5563846 | + EDI: PRA.COM | |
| | May 27 2026 23:36:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4992969 | EDI: Q3G.COM | |
| | May 27 2026 23:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4982233 | EDI: Q3G.COM | |
| | May 27 2026 23:36:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4973576 | Email/Text: bankruptcy@snapfinance.com | |
| | May 27 2026 19:36:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 4973575 | + Email/Text: Tracey@sra-inc.net | |
| | May 27 2026 19:37:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4973578 | Email/Text: bankruptcy@towerloan.com | |
| | May 27 2026 19:37:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4993541 | + Email/Text: bankruptcy@towerloan.com | |
| | May 27 2026 19:37:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4973579 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | May 27 2026 19:37:00 | Toyota Financial Servi, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 4983395 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | May 27 2026 19:37:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids IA 52408-8026 |
| 4973582 | + Email/Text: UpStart@ebn.phinsolutions.com | |
| | May 27 2026 19:37:00 | Upstart Network Inc, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 4973583 | Email/Text: bk@worldacceptance.com | |
| | May 27 2026 19:37:00 | World Acceptance Corp, P.O. Box 6429, Greenville, SC 29606-6429 |
| 4989638 | + Email/Text: bk@worldacceptance.com | |
| | May 27 2026 19:37:00 | World Finance, World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: May 27, 2026        Form ID: 3180W        Total Noticed: 43

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Servbank, N.A. |
| 5028665 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5045800 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 4973581 | *+ | Tyseria Rankin, 109 Eastwood Dr, Forest, MS 39074-3827 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Servbank  N.A. cbarbour@blswlaw.com |
| Elizabeth Crowell Price | on behalf of Creditor Caliber Home Loans  Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Jerry Cartez Brazzle jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jerry Cartez Brazzle trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Jerry Cartez Brazzle** | Social Security number or ITIN | **xxx–xx–8147** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–00228–JAW**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jerry Cartez Brazzle**
aka Jerry Cortez Brazzle

Dated: 5/27/26

**By the court:**    /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**